UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JIMMY RAYMOND BLOW,

                    Plaintiff,

v.

BUREAU OF PRISONS,

                    Defendant.
_____/

1:08-cv-00210-AWI-SMS PC

ORDER TO SUBMIT APPLICATION
TO PROCEED IN FORMA PAUPERIS
**OR** PAY FILING FEE WITHIN 45 DAYS

     Plaintiff is a federal prisoner proceeding pro se in this civil action.  Plaintiff has not paid the $350.00 filing fee, or submitted a proper application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.   IT IS HEREBY ORDERED that:

     1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

     2.  Within **forty-five (45) days** of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action.   Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   February 22, 2008**          _____/s/ Sandra M. Snyder_____
                               UNITED STATES MAGISTRATE JUDGE