# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RAY BLOW,<br><br>    Plaintiff,<br><br>  v.<br><br>BUREAU OF PRISONS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-00210-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Docs. 12 and 13) |

  Plaintiff Jimmy Ray Blow ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On May 23, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

  Accordingly, IT IS HEREBY ORDERED that:

  1.  The Findings and Recommendations, filed May 23, 2008, is adopted in full; and

1

1        2.      This action is dismissed, with prejudice, for failure to follow a court order.[1]

IT IS SO ORDERED.

Dated:    **June 24, 2008**               /s/ Anthony W. Ishii
                                        UNITED STATES CHIEF DISTRICT JUDGE

---

[1] Although the Findings and Recommendations state in the concluding sentence that this action should be dismissed for Plaintiff's failure to state a claim, the Findings and Recommendations actually discuss whether it is appropriate to dismiss this action for Plaintiff's failure to file an amended complaint in compliance with the court's order. The court agrees dismissal for failure to comply with a court order is appropriate.