# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RAY BLOW, | CASE NO. 1:08-cv-00210-AWI-SMS PC |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| v. | (Doc. 17) |
| BUREAU OF PRISONS, et al., | |
| Defendants. | |

On March 9, 2009, Jimmy Ray Blow, who was proceeding pro se and in forma pauperis in this civil action, filed an unsigned motion.[1] All motions must bear the signature of the filer, and the motion is HEREBY ORDERED STRICKEN for lack of signature. Fed. R. Civ. P. 11(a); Local Rule 7-131.

IT IS SO ORDERED.

**Dated: March 11, 2009**          /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] This action was dismissed on June 24, 2008.

1