# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RAYMOND BLOW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUREAU OF PRISONS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00210-AWI-SMS PC<br><br>ORDER DENYING MOTIONS TO SEAL, WITH PREJUDICE<br><br>(Docs. 19 and 20) |

　　　Plaintiff Jimmy Raymond Blow, a federal prisoner who was proceeding pro se and in forma pauperis in this civil action, filed motions to seal on March 23, 2009, and April 24, 2009.

　　　This action was dismissed on June 24, 2008, for failure to state any claims upon which relief may be granted. In his motions, Plaintiff seeks to have this case sealed because the documents are available to other inmates online, which endangers his life.

　　　Filings in cases such as this are a matter of public record absent compelling justification. United States v. Stoterau, 524 F.3d 988, 1012 (9th Cir. 2008). While the complaint in this action concerned safety issues, Plaintiff's allegations were general and non-specific, and no gangs or individual inmates were identified by name, despite Plaintiff's assertion to the contrary in his motions. (Doc. 1.) Plaintiff also filed three motions for preliminary injunctive relief, none of which set forth information that was sensitive in nature. (Docs. 7-9.)

///
///
///

1       There are no grounds supporting the sealing of the record in this case, and Plaintiff's motions
2 to seal are HEREBY DENIED, with prejudice.

4 IT IS SO ORDERED.

5 **Dated:     October 16, 2009**                **/s/ Sandra M. Snyder**
                                                                UNITED STATES MAGISTRATE JUDGE